UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

COLELITA MUHAMMAD,                                                                    Plaintiff,

v.                                                                    Civil Action No. 3:23-cv-118-DJH-RSE

AMERICAS SERVICING COMPANY and
EQUIFAX INFORMATION SERVICES LLC,                                  Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Colelita Muhammad and Defendant Americas Servicing Company having filed an agreed order of dismissal with prejudice as to Muhammad's claims against Americas Servicing Company (Docket No. 45), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    Muhammad's claims against Americas Servicing Company are **DISMISSED** with prejudice.

(2)    All claims having been resolved (*see* D.N. 44), this matter is **DISMISSED** with prejudice, **STRICKEN** from the Court's active docket and **CLOSED**.

January 19, 2024

David J. Hale, Judge
United States District Court

1